**Christopher RYAN, Appellant,**

v.

**COPAKEN MANAGEMENT, INC., et al., Respondents.**

**No. WD 49857.**

Missouri Court of Appeals, Western District.

May 9, 1995.

Glenn Allen Hall, Lee's Summit, for appellant.

Julie A.N. Sample, Overland Park, KS, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and HANNA, JJ.

*ORDER*

PER CURIAM.

Appeal from trial court's granting of motion for new trial.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Robert F. HOLLARS, Appellant.**

**Robert HOLLARS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47501.**

Missouri Court of Appeals, Western District.

May 9, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and HANNA, JJ.

*ORDER*

PER CURIAM.

Appeal from conviction, after trial by jury, of sodomy and the denial of appellant's Rule 29.15 postconviction motion.

Judgment affirmed. Rules 30.25(b) and 84.16(b).